THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, and LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES MCQUILLAN II and KRISTINA MCQUILLAN, individually and on behalf of their marital community, and CAROLYN GOSSETT, individually,<br><br>Defendants. | No. 2:25-cv-00280-TLF<br><br>STIPULATED MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br><br>**APRIL 7, 2025** |

## I.  STIPULATION

Plaintiffs, Liberty Mutual Insurance Company, and Liberty Mutual Fire Insurance company, and Defendants James McQuillan II, Kristina McQuillan, and Carolyn Gossett, by and through their respective attorneys, stipulate that because of the full and complete settlement and compromise of the underlying liability the insurance coverage claims in this matter are moot. Accordingly, the parties respectfully request dismissal of this case with prejudice and without an award of costs or fees to any party.

STIPULATED MOTION TO DISMISS - 1

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue, Suite 4400
Seattle, WA 98104
206-600-6650

Dated this 7th day of April, 2025.

| WILSON SMITH COCHRAN DICKERSON | BRYAN CAVE LEIGHTON PAISNER LLP |
|---|---|
| By: *s/ Sarah L. Eversole*<br>Sarah L. Eversole, WSBA #36335 | By: *s/ Randall T. Thomsen*<br>Randall T. Thomsen, WSBA #25310<br>Chelsey L. Mam, WSBA #44609 |
| *Of Attorney for Plaintiffs Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company* | *Attorneys for Defendants James McQuillan I and Kristina McQuillan* |

CLARITY LEGAL

By: *s/ Adam Urra*
Adam Urra, WSBA #52581

*Attorneys for Defendant Carolyn Gossett*

## II.  ORDER

IT IS SO HEREBY ORDERED.

Dated this 8th day of April, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Jointly Presented by:

| WILSON SMITH COCHRAN DICKERSON | BRYAN CAVE LEIGHTON PAISNER LLP |
|---|---|
| By: *s/ Sarah L. Eversole*<br>Sarah L. Eversole, WSBA #36335 | By: *s/ Randall T. Thomsen*<br>Randall T. Thomsen, WSBA #25310<br>Chelsey L. Mam, WSBA #44609 |
| *Of Attorney for Plaintiffs Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company* | *Attorneys for Defendants James McQuillan I and Kristina McQuillan* |

STIPULATED MOTION TO DISMISS - 2

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue, Suite 4400
Seattle, WA 98104
206-600-6650

| | |
|---|---|
| 1 | |
| 2 | CLARITY LEGAL<br>By: *s/ Adam Urra*<br>Adam Urra, WSBA #52581 |
| 3 | *Attorneys for Defendant Carolyn Gossett* |

STIPULATED MOTION TO DISMISS - 3

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
999 Third Avenue, Suite 4400
Seattle, WA 98104
206-600-6650